**Order entered October 28, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00904-CR

## EX PARTE MICHAEL KRUPPENBACHER

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX22-92138-U**

## ORDER

Before the Court is appellant's October 24, 2022 motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief filed by **November 8, 2022**. The State's brief shall be due by **November 29, 2022**.

After reviewing the clerk's record filed on October 18, 2022, the Court questions its jurisdiction over the appeal. In an appeal from a habeas matter, the Court's jurisdiction is triggered by the filing of a notice of appeal within thirty days after the trial court enters an appealable order. *See* TEX. R. APP. P. 26.2(a)(1).

The clerk's record reflects the district court referred appellant's habeas application to a magistrate for hearing. *See* TEX. GOV'T CODE ANN. § 54.306(a)(8);

*see also Ex parte Edwards*, No. 05-03-00556-CR, 2003 WL 21962575, at \*3 (Tex. App.—Dallas Aug. 18, 2003, no pet.) (not designated for publication) (holding that under proper referral from trial court, Dallas County magistrates may hear habeas applications challenging extraditions). After hearing the matter, the magistrate denied relief and prepared proposed findings and recommendations. The record does not show the magistrate's proposed findings and recommendations were considered or adopted by the district court. There is no other written order in the record that could serve as the basis for an appeal. Thus, the Court questions whether a proposed set of findings and recommendations from the magistrate constitutes an appealable order sufficient to invoke the Court's jurisdiction.

Additionally, the record does not contain a certification of the right to appeal. *See* TEX. R. APP. P. 25.2(a); *Cortez v. State*, 420 S.W.3d 803, 807 (Tex. Crim. App. 2013).

To expedite the resolution of this extradition appeal, the Court **ORDERS** the parties to address the issue of the Court's jurisdiction in their briefs.

We further **ORDER** the trial court to prepare a certification of the right to appeal for this case and file it as a supplemental record within **FOURTEEN DAYS** of the date of this order.

We **DIRECT** the Clerk of the Court to transmit a copy of this order to the Honorable Stephanie Huff, Presiding Judge, 291st Judicial District Court; the

Honorable Anthony Randall, Dallas County Magistrate Judge, Auxiliary Court No. 2; and to counsel for the parties.

/s/    AMANDA L. REICHEK
JUSTICE